In re:                                                              Case No. 16-04973-RNO
Charles J. Burns, Jr.                                               Chapter 7
Stacey L. Burns
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: admin              Page 1 of 2              Date Rcvd: Mar 14, 2017
                               Form ID: 318             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2017.
db/jdb         +Charles J. Burns, Jr.,    Stacey L. Burns,    1123 Nanroc Drive,    Unit 21123,
                 Mechanicsburg, PA 17055-4454
4863293        +AES,    Acct No 3354 9362 58PA 0,    P.O. Box 61047,    Harrisburg, PA 17106-1047
4863294        +Bureau of Account Management,    Acct No 2977,    3607 Rosemont Avenue,
                 Camp Hill, PA 17011-6904
4863305        +Liberty Square Homeowners Assc.,    P.O. Box 294,    Mechanicsburg, PA 17055-0294
4863310        +PPL Electric Utilities,    Acct No 81401-29039,    2 North 9th Street,    Allentown, PA 18101-1139
4886548        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4863311        +Rushmore Loan Management,    Acct No 1027 6002 1,    15480 Laguna Canyon Road,
                 Irvine, CA 92618-2132
4863312        +Santander Bank N.A.,    Acct No 3000 0156 2550 2,    P.O. Box 841002,    Boston, MA 02284-1002
4863313        +Seventh Avenue,    Acct No 9481 4553 5,    1112 7th Avenue,    Monroe, WI 53566-1364
4863315        +Swiss Colony,    Acct No 9481 4553 5,    P.O. Box 1,    Madison, WI 53782-0001
4863317        +Upper Allen Township,    Acct No 15-05365 MLD,    100 Gettysburg Pike,
                 Mechanicsburg, PA 17055-5604
4863316        +Upper Allen Township,    Acct No 2015-05365 MLD,    100 Gettysburg Pike,
                 Mechanicsburg, PA 17055-5604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4863295        +EDI: CAPITALONE.COM Mar 14 2017 18:33:00      Capital One Bank USA,
                 Acct No 5178 0581 0623 ****,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
4863297        +EDI: CAPITALONE.COM Mar 14 2017 18:33:00      Capital One Bank USA,
                 Acct No 5200 9400 4053 ****,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
4863296        +EDI: CAPITALONE.COM Mar 14 2017 18:33:00      Capital One Bank USA,
                 Acct No 4147 0999 3029 ****,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
4863298        +EDI: CCS.COM Mar 14 2017 18:33:00      Credit Collection Service,    Acct No 5668 ****,
                 P.O. Box 607,    Norwood, MA 02062-0607
4863299        +EDI: CCS.COM Mar 14 2017 18:33:00      Credit Collection Service,    Acct No 06 0197 46092,
                 725 Canton Street,    Norwood, MA 02062-2679
4863300        +EDI: BLUESTEM Mar 14 2017 18:33:00      Fingerhut,    Acct No 6369 9210 4359 ****,    Webbank,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
4863301         EDI: AMINFOFP.COM Mar 14 2017 18:33:00      First Premier Bank,    Acct No 5178 0063 9312 ****,
                 3820 North Louise Avenue,    Sioux Falls, SD 57107-0145
4863302         EDI: AMINFOFP.COM Mar 14 2017 18:33:00      First Premier Bank,    Acct No 5178 0063 1567 ****,
                 3820 North Louise Avenue,    Sioux Falls, SD 57107-0145
4863304         EDI: IIC9.COM Mar 14 2017 18:33:00      I.C. Systems Collections,    Acct No 1112 2213 5129,
                 P.O. Box 64378,    Saint Paul, MN 55164-0378
4863303         EDI: IIC9.COM Mar 14 2017 18:33:00      I.C. Systems Collections,    Acct No 9476 908* ****,
                 P.O. Box 64378,    Saint Paul, MN 55164-0378
4863306        +EDI: TCISOLUTIONS.COM Mar 14 2017 18:33:00      Mid America Bank & Trust,
                 Acct No 4057 3103 0026 ****,    5109 South Broadband Lane,    Sioux Falls, SD 57108-2208
4863307        +EDI: TCISOLUTIONS.COM Mar 14 2017 18:33:00      Mid America Bank & Trust,
                 Acct No 4317 3202 0145 ****,    5109 South Broadband Lane,    Sioux Falls, SD 57108-2208
4863308        +EDI: AGFINANCE.COM Mar 14 2017 18:33:00      OneMain Financial,    Acct No 6074 3902 3932 ****,
                 605 Munn Road,    Fort Mill, SC 29715-8421
4863309         EDI: PRA.COM Mar 14 2017 18:33:00      Portfolio Recovery Associates,
                 Acct No 4046 1400 0022 ****,    120 Corporate Bld,    Suite 100,    Norfolk, VA 23502-4962
4863314        +EDI: SWCR.COM Mar 14 2017 18:33:00      SW Credit Systems,    Acct No 5924 ****,
                 4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
4863318        +EDI: USBANKARS.COM Mar 14 2017 18:33:00      US Bank Home Mortgage,    Acct No 2015-00855,
                 4801 Frederica Street,    Owensboro, KY 42301-7441
                                                                                                TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4892686          PPL Electric Utilities, Customer Services, 827 Hau
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2017                                  Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2017 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              James M Bach     on behalf of Joint Debtor Stacey L. Burns JMB@JamesMBach.com,
               staff@jamesmbach.com;staff@ecf.courtdrive.com
              James M Bach     on behalf of Debtor Charles J. Burns, Jr. JMB@JamesMBach.com,
               staff@jamesmbach.com;staff@ecf.courtdrive.com
              Leon P. Haller (Trustee)    lhaller@pkh.com,   lrynard@pkh.com;lhaller@ecf.epiqsystems.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Charles J. Burns Jr.** | Social Security number or ITIN xxx–xx–3513 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Stacey L. Burns** | Social Security number or ITIN xxx–xx–1204 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | |
| Case number: | **1:16–bk–04973–RNO** | |

# Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Charles J. Burns Jr.                              Stacey L. Burns
                                                  fka Stacey L. Orris

                                                  **By the court:**

March 14, 2017

                                                  Honorable Robert N. Opel
                                                  United States Bankruptcy Judge

                                                  By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                          **Order of Discharge**                                page 1

Case 1:16-bk-04973-RNO    Doc 14    Filed 03/16/17    Entered 03/17/17 00:42:39    Desc
                    Imaged Certificate of Notice    Page 3 of 4

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**